UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**BRIAN HETHERINGTON,**

    Plaintiff,

                                                                       Civil No.**08-11133**
                                                                       Hon. John Feikens

    v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **5/27/2009**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.

                                                       **s/John Feikens**
                                                       John Feikens
                                                       United States District Judge

Dated:  June 23, 2009

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 23, 2009.
>
> s/Carol Cohron
> Deputy Clerk